# EXHIBIT 1

# PROPOSED ORDER

WILLIAM S. HELFAND, #16686
PATRICK R. CHAREST, #17184
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Patrick.Charest@lewisbrisbois.com
*Attorneys for Provo City*

## IN UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAYLENE DAVIS, individually, on behalf of the heirs and as Personal Representative of the Estate of JASON TODD MACE,<br><br>Plaintiff,<br><br><br>PROVO CITY; MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL; CARTER GROW; CHET WHATCOTT; R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC., dba Utah Valley Hospital; and DOES 1-10.<br><br>Defendants. | **ORDER GRANTING DEFENDANTS PROVO CITY, MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL, CARTER GROWN, AND CHET WHATCOTT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Case No. 2:22-CV-00629-DBB-DAO**<br><br>**Judge David Barlow**<br><br>**Magistrate Judge Daphne Oberg** |

## ORDER GRANTING DEFENDANTS PROVO CITY MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL, CARTER GROW, AND CHET WHATCOTT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, Provo City and Officers Medina Dore, Jason Mahoney, Zachary Miguel,

Carter Grow, and Chet Whatcott's motion to dismiss, is **GRANTED.** It is therefore:

**ORDERED** that Plaintiff's claims against Defendants, Provo City and Officers Medina

Dore, Jason Mahoney, Zachary Miguel, Carter Grow, and Chet Whatcott, are **DISMISSED,** with

prejudice.

 

DAVID BARLOW
UNITED STATES DISTRICT JUDGE