James T. Burton (11875)
Hilary R. Adkins (18296)
KIRTON McCONKIE
36 South State Street, #1900
Salt Lake City, UT  84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
jburton@kmclaw.com
hadkins@kmclaw.com

*Attorneys for Defendant Intermountain Health Care, Inc. dba Utah Valley Hospital*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAYLENE DAVIS, individually, on behalf of the heirs of, and as personal representative of the ESTATE OF JASON TODD MACE,<br><br>    Plaintiff,<br><br>v.<br><br>PROVO CITY; MEDINA DORE; JASON MAHONEY; ZACHARY MIGUEL; CARTER GROW; CHET WHATCOTT; R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC. dba UTAH VALLEY HOSPITAL; and DOES 1–10,<br><br>    Defendants. | **ANSWER TO FIRST AMENDED COMPLAINT**<br><br><br>Case No. 2:22-cv-00629-DBP<br><br>Magistrate Judge Dustin B. Pead |

Defendant Intermountain Health Care, Inc. dba Utah Valley Hospital ("Defendant" or "Utah Valley"), by and through counsel, hereby answers the allegations set forth in Plaintiff Gaylene Davis' ("Plaintiff") Amended Complaint [Dkt. No. 51] as follows:

## JURISDICTION AND VENUE

1.      Utah Valley admits this Court has subject-matter and supplemental jurisdiction over Plaintiff's causes of action.

2.      Utah Valley admits that venue appears proper with this Court.

3.      Utah Valley admits that it is subject to personal jurisdiction before this Court. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the remaining allegations set forth in Paragraph 3 of the Complaint and on that basis denies the same.

4.      Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 4 of the Complaint and on that basis denies the same.

5.      Utah Valley admits the allegations set forth in Paragraph 5 of the Complaint.

## PARTIES

6.      Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 6 of the Complaint and on that basis denies the same.

7.      Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 7 of the Complaint and on that basis denies the same.

8.      Utah Valley admits the allegations set forth in Paragraph 8 of the Complaint.

9.      Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 9 of the Complaint and on that basis denies the same.

10. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 10 of the Complaint and on that basis denies the same.

11. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 11 of the Complaint and on that basis denies the same.

12. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 12 of the Complaint and on that basis denies the same.

13. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 13 of the Complaint and on that basis denies the same.

14. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 14 of the Complaint and on that basis denies the same.

15. Utah Valley admits that Dr. Dale Christensen is an emergency physician licensed to practice medicine in Utah. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the remaining allegations set forth in Paragraph 15 of the Complaint and on that basis denies the same.

16. Utah Valley admits the allegations set forth in Paragraph 16 of the Complaint.

17. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 17 of the Complaint and on that basis denies the same.

## GENERAL ALLEGATIONS

18.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 18 of the Complaint and on that basis denies the same.

19.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 19 of the Complaint and on that basis denies the same.

20.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 20 of the Complaint and on that basis denies the same.

21.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 21 of the Complaint and on that basis denies the same.

22.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 22 of the Complaint and on that basis denies the same.

23.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 23 of the Complaint and on that basis denies the same.

24.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 24 of the Complaint and on that basis denies the same.

25.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 25 of the Complaint and on that basis denies the same.

26.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 26 of the Complaint and on that basis denies the same.

27.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 27 of the Complaint and on that basis denies the same.

28.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 28 of the Complaint and on that basis denies the same.

29.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 29 of the Complaint and on that basis denies the same.

30.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 30 of the Complaint and on that basis denies the same.

31.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 31 of the Complaint and on that basis denies the same.

32.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 32 of the Complaint and on that basis denies the same.

33.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 33 of the Complaint and on that basis denies the same.

34.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 34 of the Complaint and on that basis denies the same.

35.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 35 of the Complaint and on that basis denies the same.

36.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 36 of the Complaint and on that basis denies the same.

37.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 37 of the Complaint and on that basis denies the same.

38.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 38 of the Complaint and on that basis denies the same.

39.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 39 of the Complaint and on that basis denies the same.

40.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 40 of the Complaint and on that basis denies the same.

41.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 41 of the Complaint and on that basis denies the same.

42.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 42 of the Complaint and on that basis denies the same.

43.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 43 of the Complaint and on that basis denies the same.

44.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 44 of the Complaint and on that basis denies the same.

45.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 45 of the Complaint and on that basis denies the same.

46.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 46 of the Complaint and on that basis denies the same.

47.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 47 of the Complaint and on that basis denies the same.

48.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 48 of the Complaint and on that basis denies the same.

49.     Utah Valley admits that the medical records for Jason Todd Mace ("Decedent") speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 49 of the Complaint.

50.     Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 50 of the Complaint.

51.     Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 51 of the Complaint.

52.     Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 52 of the Complaint.

53.     Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 53 of the Complaint.

54.     Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 54 of the Complaint.

55.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 55 of the Complaint.

56.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 56 of the Complaint.

57.    Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 57 of the Complaint and on that basis denies the same.

58.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 58 of the Complaint.

59.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 59 of the Complaint.

60.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 60 of the Complaint.

61.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 61 of the Complaint.

62.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 62 of the Complaint.

63.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 63 of the Complaint.

64.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 64 of the Complaint.

65.    Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 65 of the Complaint.

66. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 66 of the Complaint.

67. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 67 of the Complaint.

68. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 68 of the Complaint.

69. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 69 of the Complaint.

70. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 70 of the Complaint and on that basis denies the same.

71. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 71 of the Complaint and on that basis denies the same.

72. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 72 of the Complaint and on that basis denies the same.

73. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 73 of the Complaint and on that basis denies the same.

74. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 74 of the Complaint and on that basis denies the same.

75.     Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 75 of the Complaint.

76.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 76 of the Complaint and on that basis denies the same.

77.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 77 of the Complaint and on that basis denies the same.

78.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 78 of the Complaint and on that basis denies the same.

79.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 79 of the Complaint and on that basis denies the same.

80.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 80 of the Complaint and on that basis denies the same.

81.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 81 of the Complaint and on that basis denies the same.

82.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 82 of the Complaint and on that basis denies the same.

83. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 83 of the Complaint and on that basis denies the same.

84. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 84 of the Complaint and on that basis denies the same.

85. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 85 of the Complaint.

86. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 86 of the Complaint.

87. Utah Valley admits that the medical records for Decedent speak for themselves. Utah Valley denies all other allegations set forth in Paragraph 87 of the Complaint.

88. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 88 of the Complaint and on that basis denies the same.

89. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 89 of the Complaint and on that basis denies the same.

90. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 90 of the Complaint and on that basis denies the same.

91.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 91 of the Complaint and on that basis denies the same.

92.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 92 of the Complaint and on that basis denies the same.

93.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 93 of the Complaint and on that basis denies the same.

94.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 94 of the Complaint and on that basis denies the same.

95.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 95 of the Complaint and on that basis denies the same.

96.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 96 of the Complaint and on that basis denies the same.

## FIRST CAUSE OF ACTION
### 42 U.S.C. § 1983 (Failure to Provide Proper Medical Care) Against Officers Dore, Mahoney, Miguel, Whatcott, and Grow

97.     Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

98.     Paragraph 98 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

13

99.     Paragraph 99 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

100.     Paragraph 100 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

101.     Paragraph 101 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

102.     Paragraph 102 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

103.     Paragraph 103 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

104.     Paragraph 104 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

105.     Paragraph 105 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

106.     Paragraph 106 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

107.     Paragraph 107 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

108.     Paragraph 108 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

109.     Paragraph 109 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

110.    Paragraph 110 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

111.    Paragraph 111 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

112.    Paragraph 112 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

113.    Paragraph 113 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

114.    Paragraph 114 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

115.    Paragraph 115 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

116.    Paragraph 116 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

117.    Paragraph 117 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

118.    Paragraph 118 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

119.    Paragraph 119 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

120.    Paragraph 120 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

121.	Paragraph 121 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

122.	Paragraph 122 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

123.	Paragraph 123 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

124.	Paragraph 124 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

125.	Paragraph 125 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

126.	Paragraph 126 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

127.	Paragraph 127 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

128.	Paragraph 128 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

129.	Paragraph 129 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

130.	Paragraph 130 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

131.	Paragraph 131 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

## SECOND CAUSE OF ACTION
### 42 U.S.C. § 1983 (Failure to Supervise) Against Provo Supervising Officials, Officers Whatcott and Grow

132.    Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

133.    Paragraph 133 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

134.    Paragraph 134 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

135.    Paragraph 135 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

136.    Paragraph 136 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

137.    Paragraph 137 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

138.    Paragraph 138 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

139.    Paragraph 139 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

140.    Paragraph 140 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

141.    Paragraph 141 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

142.    Paragraph 142 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

143.     Paragraph 143 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

144.     Paragraph 144 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

145.     Paragraph 145 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

146.     Paragraph 146 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

147.     Paragraph 147 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

148.     Paragraph 148 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

149.     Paragraph 149 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

150.     Paragraph 150 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

151.     Paragraph 151 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

152.     Paragraph 152 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

## THIRD CAUSE OF ACTION
### 42 U.S.C. § 1983 (Municipal Liability) Against Provo, Provo Policymakers

153.     Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

154. Paragraph 154 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

155. Paragraph 155 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

156. Paragraph 156 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

157. Paragraph 157 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

158. Paragraph 158 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

159. Paragraph 159 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

160. Paragraph 160 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

161. Paragraph 161 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

162. Paragraph 162 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

163. Paragraph 163 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

164. Paragraph 164 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

165.    Paragraph 165 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

166.    Paragraph 166 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

167.    Paragraph 167 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

168.    Paragraph 168 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

169.    Paragraph 169 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

170.    Paragraph 170 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

171.    Paragraph 171 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

172.    Paragraph 172 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

173.    Paragraph 173 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

**FOURTH CAUSE OF ACTION**
**Deprivation of Rights under Article I, Section 9 of the Utah Constitution,**
**Unnecessary Rigor in Confinement Against Provo and its Officials**

174.    Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

175.    Paragraph 175 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

20

176.    Paragraph 176 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

177.    Paragraph 177 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

178.    Paragraph 178 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

179.    Paragraph 179 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

180.    Paragraph 180 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

181.    Paragraph 181 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

182.    Paragraph 182 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

183.    Paragraph 183 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

184.    Paragraph 184 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

185.    Paragraph 185 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

186.    Paragraph 186 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

187. Paragraph 187 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

188. Paragraph 188 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

189. Paragraph 189 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

190. Paragraph 190 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

191. Paragraph 191 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

192. Paragraph 192 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

193. Paragraph 193 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

194. Paragraph 194 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

195. Paragraph 195 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

196. Paragraph 196 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

197. Paragraph 197 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

198. Paragraph 198 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

199. Paragraph 199 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

200. Paragraph 200 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

201. Paragraph 201 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

202. Paragraph 202 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

203. Paragraph 203 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

### FIFTH CAUSE OF ACTION
### Negligence Against Dr. Christensen

204. Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

205. Paragraph 205 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

206. Paragraph 206 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

207. Paragraph 207 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

208. Paragraph 208 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

209.    Paragraph 209 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

210.    Paragraph 210 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

211.    Paragraph 211 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

212.    Paragraph 212 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

213.    Paragraph 213 of the Complaint relates to a cause of action that does not apply to Utah Valley. As such, no response is required.

## SIXTH CAUSE OF ACTION
### Negligence Against UVH Nursing Staff

214.    Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

215.    Utah Valley admits the allegations set forth in Paragraph 215 of the Complaint.

216.    Utah Valley admits the allegations set forth in Paragraph 216 of the Complaint.

217.    Paragraph 217 of the Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, Utah Valley admits that its nursing staff owed Decedent a duty of care but denies that any such duty was breached.

218.    Utah Valley denies the allegations set forth in Paragraph 218 of the Complaint.

219.    Utah Valley denies the allegations set forth in Paragraph 219 of the Complaint.

220.    Utah Valley denies the allegations set forth in Paragraph 220 of the Complaint.

221.    Utah Valley denies the allegations set forth in Paragraph 221 of the Complaint.

222.    Utah Valley denies the allegations set forth in Paragraph 222 of the Complaint.

223.  Utah Valley denies the allegations set forth in Paragraph 223 of the Complaint.

224.  Utah Valley denies the allegations set forth in Paragraph 224 of the Complaint.

## SEVENTH CAUSE OF ACTION
### Vicarious Liability/Respondeat Superior Against UVH

225.  Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

226.  Utah Valley denies the allegations set forth in Paragraph 226 of the Complaint.

227.  Utah Valley denies the allegations set forth in Paragraph 227 of the Complaint.

228.  Utah Valley admits that its staff provided medical care to Decedent within the ordinary hours and spatial boundaries of their agency but denies that any of its medical services provided to Decedent were negligent. Utah Valley denies all other allegations set forth in Paragraph 228 of the Complaint.

229.  Utah Valley admits that its staff's provision of medical services furthers Utah Valley's interests but denies that any of its medical services provided to Decedent were negligent. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the remaining allegations set forth in Paragraph 229 of the Complaint and on that basis denies the same.

230.  Utah Valley admits that it is responsible for the actions of its own agents and employees but denies that there is any basis for liability in the present action. Utah Valley specifically denies that Dr. Christensen was or is Utah Valley's agent or employee. Utah Valley denies all other allegations set forth in Paragraph 230 of the Complaint.

## EIGHTH CAUSE OF ACTION
### Wrongful Death (Utah Code Ann. § 78B-3-106) Against All Defendants

231.  Utah Valley incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

232.     Utah Valley denies that either it or its agents committed any wrongful or negligent acts and that such acts caused the death of Decedent. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the remaining allegations set forth in Paragraph 232 of the Complaint and on that basis denies the same.

233.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 233 of the Complaint and on that basis denies the same.

234.     Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the allegations set forth in Paragraph 234 of the Complaint and on that basis denies the same.

235.     Utah Valley denies that either it or its agents committed any wrongful or negligent acts and that such acts caused the death of Decedent or caused any other damages to Plaintiff. Utah Valley lacks sufficient information and knowledge to form an opinion about the truthfulness of the remaining allegations set forth in Paragraph 235 of the Complaint and on that basis denies the same.

236.     Utah Valley denies all allegations in the Complaint that are not specifically admitted herein.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to state a claim against Utah Valley upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Any and all medical care provided by Utah Valley to Decedent was within the appropriate standard of care and did not cause injury or damage to Decedent or Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Utah Valley alleges that all claimed injuries and damages, if any, may have been caused by the negligence or fault of parties other than Utah Valley, and that Utah Valley is entitled to have the fault of all parties assessed in accordance with the provisions of Utah Code sections 78B-5-817 through 821.

### FOURTH AFFIRMATIVE DEFENSE

Any judgment in Plaintiff's favor is subject to reduction according to the terms of Utah Code section 78B-3-405.

### FIFTH AFFIRMATIVE DEFENSE

Any judgment in Plaintiff's favor is subject to the terms of Utah Code section 78B-3-414.

### SIXTH AFFIRMATIVE DEFENSE

Any judgment in Plaintiff's favor, including non-economic damages, is subject to the limitations set forth in Utah Code section 78B-3-410.

### SEVENTH AFFIRMATIVE DEFENSE

Evidence may show that the injuries claimed in the Complaint were the result of previous, pre-existing injuries or conditions which were, in no way, the fault of Utah Valley or its agents or employees.

### EIGHTH AFFIRMATIVE DEFENSE

Utah Valley was not a guarantor that medical care provided to Decedent would not result in complications or adverse results. The fact that a complication or adverse result occurs does not, by itself, imply or prove that a healthcare provider, acting directly or through its agents and employees, was negligent.

27

## NINTH AFFIRMATIVE DEFENSE

Decedent fully consented to the care provided by Utah Valley.

## TENTH AFFIRMATIVE DEFENSE

The evidence may show that the injuries of which Plaintiff complains were and are the result of Decedent's and/or Plaintiff's own negligence in an amount greater than that of Utah Valley.

## ELEVENTH AFFIRMATIVE DEFENSE

Any judgment in Plaintiff's favor is subject to reduction to the extent Plaintiff failed to mitigate her damages.

## TWELFTH AFFIRMATIVE DEFENSE

In accordance with the Utah Rules of Civil Procedure, Utah Valley reserves the right to amend its Answer and include any defense of which it becomes aware during discovery, to eliminate any affirmative defense which this Answer contains, or to conform to any further amendments to Plaintiff's Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

Pursuant to Rule 9(h) of the Utah Rules of Civil Procedure, Plaintiff is barred from recovering any special damages herein for failure to specifically allege the items of special damages claimed.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations or repose, including, but not limited to, those set forth in Utah Code sections 78B-3-401 *et seq.*

## FIFTEENTH AFFIRMATIVE DEFENSE

Pursuant to Utah Code section 78B-3-424(2), Utah Valley is not liable for the actions of Dr. Christensen or any other party or individual who is not Utah Valley's agent or employee.

## PRAYER FOR RELIEF

Utah Valley denies that Plaintiff is entitled to any of the relief sought in her Complaint and dispute the existence and amount of her claimed damages. In addition, Utah Valley prays the Court will dismiss all Plaintiff's causes of action against Utah Valley with prejudice, award Utah Valley its fees and costs incurred defending against this action, and grant such other relief as the Court deems just under the circumstances.

## JURY DEMAND

Utah Valley respectfully requests that this case be tried by a jury.

DATED this 6th day of April 2023.


KIRTON McCONKIE


*/s/ James T. Burton*
James T. Burton
Hilary R. Adkins
*Attorneys for Defendant Intermountain*
*Health Care, Inc. dba Utah Valley Hospital*

29

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2023, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF filing system which provides service to all counsel of record.

<u>/s/ Jeannette Rodriguez</u>