THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GAYLENE DAVIS, individually, on behalf of the heirs and as Personal Representative of the Estate of JASON TODD MACE,<br><br>Plaintiff,<br><br>v.<br><br>PROVO CITY; MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL; CARTER GROW; CHET WHATCOTT; R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC., d/b/a Utah Valley Hospital; and DOES 1-10,<br><br>Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART [52] DEFENDANTS PROVO CITY; MEDINA DORE; JASON MAHONEY; ZACHARY MIGUEL; CARTER GROW; AND CHET WHATCOTT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Case No. 2:22-cv-00629-DBB-DAO<br><br>District Judge David Barlow |

Before the court is Defendants Provo City, Medina Dore, Jason Mahoney, Zachary Miguel, Carter Grow, and Chet Whatcott's (collectively "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint.[1] The court considered the briefing, relevant law, and oral argument presented on August 30, 2023. For the reasons stated on the record, Defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART for failure to state a claim. The court HEREBY ORDERS that:

1. The First Cause of Action is DISMISSED without prejudice as to Defendants Carter Grow and Chet Whatcott.

2. The Second, Third, and Fourth Causes of Action are DISMISSED without prejudice in their entirety.

---

[1] ECF No. 52.

1

3. The Eighth Cause of Action is DISMISSED without prejudice as to Provo City, Defendant Carter Grow, and Defendant Chet Whatcott.

If she has a good faith basis for doing so, Plaintiff may seek leave to amend her pleading within sixty (60) days of this Order.

Signed August 30, 2023.

BY THE COURT

_____

David Barlow
United States District Judge

2