WILLIAM S. HELFAND, #16686
PATRICK R. CHAREST, #17184
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Patrick.Charest@lewisbrisbois.com

*Attorneys for Medina Dore, Jason Mahoney, and Zachary Miguel*

## IN UNITED STATES DISTRICT COURT

## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **GAYLENE DAVIS, individually, on behalf of the heirs and as Personal Representative of the Estate of JASON TODD MACE,**<br><br>**Plaintiff,**<br><br><br>**PROVO CITY; MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL; CARTER GROW; CHET WHATCOTT; R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC., dba Utah Valley Hospital; and DOES 1-10.**<br><br>**Defendants.** | **DEFENDANTS MEDINA DORE, JASON MAHONEY, AND ZACHARY MIGUEL'S NOTICE OF INTERLOCUTORY APPEAL**<br><br>**Case No. 2:22-CV-00629-DBB-DAO**<br><br>**Judge David Barlow**<br><br>**Magistrate Judge Daphne Oberg** |

Defendants Medina Dore, Jason Mahoney, and Zachary Miguel appeal, under the collateral order doctrine, to the United States Court of Appeals for the Tenth Circuit from the District Court's Order filed on August 30, 2023, identified as Docket No. 63 that denied these Defendants' qualified immunity.

2

129972310.2

Defendants Dore, Mahoney, and Miguel will be Appellants in this appeal.

September 28, 2023                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   */s/ William S. Helfand*
        William S. Helfand
        Patrick R. Charest
        Attorneys for Defendants Dore, Mahoney, and
        Miguel

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I caused a true and correct copy of the foregoing **NOTICE OF INTERLOCUTORY APPEAL** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Jonathan D. Hart
Christopher R. Hart
**HART & HART**
*Attorney for Plaintiffs*

Gary DeMott Millward
**PROVO CITY ATTORNEYS OFFICE**
*Co-Counsel for Defendants*
*Provo City, Medina Dore, Jason Mahoney,*
*Zachary Miguel, Carter Grow,*
*and Chet Whatcott*

Christian W. Nelson
Courtney Kochevar
Kristina H. Ruedas
**NELSON NAEGLE**
*Attorney for Defendant*
*R. Dale Christensen, M.D.*

James T. Burton
Hilary R. Adkins
**KIRTON MCCONKIE**
*Attorneys for Defendant*
*Intermountain Health Care*
*dba Utah Valley Hospital*

*/s/ William S. Helfand*

3