CHRISTOPHER R. HART # 10658
JONATHAN D. HART #16469
HART & HART, P.C.
631 N. 300 W.
Salt Lake City, UT  84103
Telephone: (801) 534-1100
chris@hartandhartlaw.com
jonny@hartandhartlaw.com
*Attorneys for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAYLENE DAVIS, individually, on behalf of the heirs and as Personal Representative of the Estate of JASON TODD MACE, <br><br> Plaintiff, <br><br> vs. <br><br> PROVO CITY; MEDINA DORE; JASON MAHONEY; ZACHARY MIGUEL; CARTER GROW; CHET WHATCOTT; R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC., dba UTAH VALLEY HOSPITAL; and DOES 1-10. <br><br> Defendants. | **JOINT MOTION FOR DISMISSAL OF DEFENDANTS PROVO CITY, MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL, CARTER GROW, AND CHET WHATCOTT** <br><br> Case No. 2:22-cv-00629 <br><br> Judge:  David Barlow <br><br> Magistrate Judge  Daphne A. Oberg |

**JOINT MOTION FOR DISMISSAL OF DEFENDANTS PROVO CITY, MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL, CARTER GROW, AND CHET WHATCOTT**

1.      Plaintiff, Gaylene Davis, individually, on behalf of the heirs, and as Personal Representative of the Estate of Jason Todd Mace and Defendants Provo City, Medina Dore, Jason Mahoney, Zachary Miguel, Carter Grow, and Chet Whatcott (hereinafter, "City

Defendants") hereby move for the dismissal of City Defendants under Federal Rule of Civil Procedure 41(a)(2).

2. The Movants stipulate that the claims initiated by Plaintiff in her complaint against City Defendants have been fully compromised and settled.

3. Plaintiff and City Defendants jointly move the Court to dismiss City Defendants with prejudice. Plaintiff to retain her claims against the remaining defendants.

4. Plaintiff and City Defendants shall bear their own costs and attorneys' fees.

5. A proposed order for dismissal is attached hereto.

DATED this 26th day of February, 2024.

**HART & HART, P.C.**

 /s/ *Jonathan D. Hart*
Christopher R. Hart
Jonathan D. Hart
Attorneys for Plaintiff

DATED this 26th day of February, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/  *William S. Helfand* (Signed w/permission)
William S. Helfand
Patrick R. Charest
Attorneys for City Defendants