CHRISTOPHER R. HART # 10658
JONATHAN D. HART #16469
HART & HART, P.C.
631 N. 300 W.
Salt Lake City, UT  84103
Telephone: (801) 534-1100
chris@hartandhartlaw.com
jonny@hartandhartlaw.com
*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAYLENE DAVIS, individually, on behalf of the heirs and as Personal Representative of the Estate of JASON TODD MACE,<br><br>Plaintiff,<br><br>vs.<br><br>PROVO CITY; MEDINA DORE; JASON MAHONEY; ZACHARY MIGUEL; CARTER GROW; CHET WHATCOTT; R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC., dba UTAH VALLEY HOSPITAL; and DOES 1-10.<br><br>Defendants. | **ORDER GRANTINGT JOINT MOTION FOR DISMISSAL OF DEFENDANTS PROVO CITY, MEDINA DORE, JASON MAHONEY, ZACHARY MIGUEL, CARTER GROW, AND CHET WHATCOTT**<br><br>Case No. 2:22-cv-00629<br><br>Judge:            David Barlow<br><br>Magistrate Judge     Daphne A. Oberg |

This Court, having considered the Joint Motion for Dismissal of Defendants Provo City, Medina Dore, Jason Mahoney, Zachary Miguel, Carter Grow, and Chet Whatcott, and finding good cause, therefore **GRANTS** the Motion. It is therefore:

1

2

**ORDERED** that Plaintiff's claims against Defendants Provo City, Medina Dore, Jason Mahoney, Zachary Miguel, Carter Grow, and Chet Whatcott are **DISMISSED** with prejudice.

DATED this _____ day of _____, 2024

/s/_____

Judge David Barlow