CHRISTOPHER R. HART # 10658
JONATHAN D. HART #16469
HART & HART, P.C.
631 North 300 West
Salt Lake City, Utah  84103
Telephone: (801) 534-1100
chris@hartandhartlaw.com
jonny@hartandhartlaw.com
*Attorneys for Plaintiff*

---

**IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAYLENE DAVIS, individually, on behalf of the heirs and as Personal Representative of the Estate of JASON TODD MACE, <br><br> Plaintiff, <br><br> vs. <br><br> R. DALE CHRISTENSEN, M.D.; INTERMOUNTAIN HEALTH CARE, INC., dba UTAH VALLEY HOSPITAL; and DOES 1-10. <br><br> Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** <br><br> Case No. 2:22-cv-00629 <br><br> Judge:           Ann Marie McIff Allen <br><br> Magistrate Judge    Daphne A. Oberg |

Plaintiff, Gaylene Davis, individually, on behalf of the heirs, and as Personal Representative of the Estate of Jason Todd Mace and Defendants R. Dale Christensen, M.D., and Intermountain Health Care, Inc., dba Utah Valley Hospital hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary dismissal of this action without prejudice. All appearing parties stipulate as follows:

1.      The Parties agree to dismiss this action without prejudice.

2.      The Parties acknowledge that this dismissal is not upon the merits of the case.

3.      The Parties shall bear their own attorney's fees and costs.

This stipulated dismissal without prejudice is effective upon filing with the Court.

DATED this 24 day of September, 2024.

**HART & HART, P.C.**

 /s/ *Jonathan D. Hart*
Christopher R. Hart
Jonathan D. Hart
Attorneys for Plaintiff

DATED this 24th day of September, 2024.

**NELSON NAEGLE, PLLC**

 /  *Kristina H. Ruedas* (signed w/permission)
CHRISTIAN W. NELSON
CORTNEY KOCHEVAR
KRISTINA H. RUEDAS
AARON CUNNINGHAM
*Attorneys for Defendant R. Dale Christensen, MD*

DATED this 23th day of September, 2024.

**KIRTON MCCONKIE**

/  *James T. Burrton* (signed w/permission)
JAMES T. BURTON
HILARY R. ADKINS
*Attorneys for Intermountain Health Care dba Utah Valley Hospital*

2